THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
A Professional Law Corporation
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:    415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiffs
DAREN HEATHERLY and IRMA RAMIREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAREN HEATHERLY and IRMA RAMIREZ,<br><br>              Plaintiffs,<br><br>      v.<br><br>MARISCO'S LA JAIBA; XU TRUONG and AHN HOANG, TRUSTEES OF THE TRUONG/HOANG FAMILY TRUST, U.D.T. dated March 18, 1997; and MIGUEL PELAYO MONTIEL, an individual dba MARISCO'S LA JAIBA,<br><br>              Defendants. | Case No.:  CV 11-1069 MEJ<br><br>Unlimited Civil Matter<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT XU TRUONG and ANH HOANG, TRUSTEES OF THE TRUONG/HOANG FAMILY TRUST TO RESPOND TO PLAINTIFFS' COMPLAINT AND EXTENDING DATES IN SCHEDULING ORDER; AND [PROPOSED] ORDER THEREON** |

Plaintiffs DARREN HEATHERLY AND IRMA RAMIREZ (hereinafter "Plaintiffs") and Defendants MARISCO'S LA JAIBA (hereinafter "Marisco's"); XU TRUONG and ANH HOANG (erroneously sued herein as AHN HOANG), TRUSTEES OF THE TRUONG/HOANG FAMILY TRUST, U.D.T. dated March 18, 1997 (hereinafter "Truong"); and MIGUEL PELAYO MONTIEL, an individual dba MARISCO'S LA JAIBA (hereinafter "Montiel"), by and through their respective counsel, respectfully request to make the following stipulation:

    1.    WHEREAS, all Defendants have been served with the Summons and Complaint; and

    2.    WHEREAS, Defendants Marisco's and Montiel have filed an Answer to the Complaint; and

1

**STIP. EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT AND EXTENDING DATES IN SCHEDULING ORDER; AND [PROPOSED] ORDER THEREON - CV 11-1069 MEJ**

3.     WHEREAS, Defendant Truong was given an initial extension of time to respond to the Complaint up to and including June 7, 2011; and

4.     WHEREAS, Defendant Truong has requested additional time to respond to the Complaint and Defendants have requested to extend the dates in the Scheduling Order; and

5.     WHEREAS, Counsel for Defendant Truong has had a recent death in her family which will require her time and attention; and

6.     WHEREAS, Counsel for Defendants Marisco's and Montiel is caring for his wife who recently sustained a significant injury from a fall and underwent surgery; and

7.     WHEREAS, pursuant to the Scheduling Order, General Order 56 and F.R.C.P. Rule 26, the parties are to complete initial disclosures by June 8, 2011 and hold a joint inspection of the premises by June 15, 2011; and

8.     WHEREAS, the parties have agreed to extend for 30 days the time for Defendant Truong to respond to the Complaint and the dates to complete initial disclosures and to hold a joint inspection at the premises; and

9.     WHEREAS, the parties agree that Defendant Truong will have up to and including July 7, 2011 to respond to the Complaint; and

10.    WHEREAS, the parties agree to complete initial disclosures by July 8, 2011 and hold a joint inspection of the premises by July 15, 2011; and

11.    WHEREAS, the parties agree that the dates in the Scheduling Order for the parties to meet an confer in person to discuss settlement, and for Plaintiff to file "Notice of Need for Mediation" will be calculated based on the new date of July 15, 2011 for the joint inspection of the premises.  Accordingly, the parties agree the last day to meet and confer in person to discuss settlement is July 25, 2011 and the last day for Plaintiffs to file "Notice of Need for Mediation" is August 29, 2011; and

12.    WHEREAS, the parties are actively attempting to negotiate a settlement in the above-referenced case, and wish to reduce fees, costs and litigation expenses in doing so; and

2

**STIP. EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT AND EXTENDING DATES IN SCHEDULING ORDER; AND [PROPOSED] ORDER THEREON - CV 11-1069 MEJ**

1    13.    WHEREAS, the parties believe it would be in the interests of efficiency and economy to extend the time for Defendant Truong to respond to Plaintiffs' Complaint and to extend the dates in the Scheduling Order; and to allow time to negotiate an agreement; and

14.    WHEREAS, Plaintiffs have agreed to grant additional time for Defendant Truong to respond to Plaintiffs' Complaint and the parties have agreed to extend the dates in the Scheduling Order issued by the Court.

IT IS STIPULATED that:

1.    Defendant Truong will have up to and including July 7, 2011 to respond to the Complaint; and

2.    The parties will complete initial disclosures by July 8, 2011 and hold a joint inspection of the premises by July 15, 2011; and

3.    The last day for the parties to meet and confer in person to discuss settlement is July 25, 2011, and the last day for Plaintiffs to file "Notice of Need for Mediation" is August 29, 2011.

DATED:  June 3, 2011                THOMAS E. FRANKOVICH,
                                    A Professional Law Corporation
                                    Attorneys for Plaintiffs
                                    DAREN HEATHERLY and IRMA RAMIREZ

                                    By:    /s/ *Thomas E. Frankovich*
                                           Thomas E. Frankovich

DATED:  June 3, 2011                AARON & WILSON, LLP
                                    Attorneys for Defendants
                                    MARISCO'S LA JAIBA; MIGUEL PELAYO
                                    MONTIEL, an individual dba MARISCO'S LA
                                    JAIBA

                                    By:    /s/ *Robert S. Aaron*
                                           Robert S. Aaron

DATED:  June 3, 2011                HATCHER & RUNDEL
                                    Attorneys for Defendants
                                    MARISCO'S LA JAIBA; MIGUEL PELAYO
                                    MONTIEL, an individual dba MARISCO'S LA
                                    JAIBA

                                    By:    /s/ *William W. Hatcher, Jr.*
                                           William W. Hatcher, Jr.

DATED: June 3, 2011                    SPAULDING McCULLOUGH & TANSIL LLP
                                       Attorneys for Defendants
                                       XU TRUONG and ANH HOANG, Trustees of the
                                       TRUONG/HOANG FAMILY TRUST, U.D.T. dated
                                       March 18, 1997 (erroneously sued herein as AHN
                                       HOANG)

                                       By:      /s/ *Mary P. Derner*
                                                Mary P. Derner

## **ORDER**

IT IS SO ORDERED that Defendant Truong will have up to and including July 7, 2011 to respond to the Complaint.

IT IS FURTHER ORDERED that the parties will complete initial disclosures by July 8, 2011 and hold a joint inspection of the premises by July 15, 2011.

IT IS FURTHER ORDERED that the last day for the parties to meet and confer in person to discuss settlement is July 25, 2011, and the last day for Plaintiffs to file "Notice of Need for Mediation" is August 29, 2011.

Dated: ___June 6_____, 2011        _____
                                       THE HONORABLE MARIA-ELENA JAMES
                                       United States Magistrate Judge

STIP. EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT AND EXTENDING DATES IN SCHEDULING ORDER; AND [PROPOSED] ORDER THEREON - CV 11-1069 MEJ