1   THOMAS E. FRANKOVICH (State Bar No. 074414)
    THOMAS E. FRANKOVICH,
2   A Professional Law Corporation
    4328 Redwood Hwy., Suite 300
3   San Rafael, CA 94903
    Telephone:    415/674-8600
4   Facsimile:    415/674-9900

5   Attorneys for Plaintiffs
    DAREN HEATHERLY and IRMA RAMIREZ
6

7

8                      UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12   DAREN HEATHERLY and IRMA RAMIREZ, | Case No.:  CV 11-1069 MEJ |
| 13              Plaintiffs, | Unlimited Civil Matter |
| 14          v. | **STIPULATION EXTENDING TIME FOR DEFENDANT XU TRUONG and ANH HOANG, TRUSTEES OF THE TRUONG/HOANG FAMILY TRUST TO RESPOND TO PLAINTIFFS' COMPLAINT AND EXTENDING DATES IN SCHEDULING ORDER; AND [PROPOSED] ORDER THEREON** |
| 15   MARISCO'S LA JAIBA; XU TRUONG and AHN HOANG, TRUSTEES OF THE | |
| 16   TRUONG/HOANG FAMILY TRUST, U.D.T. dated March 18, 1997; and MIGUEL PELAYO | |
| 17   MONTIEL, an individual dba MARISCO'S LA JAIBA, | |
| 18 | |
| 19              Defendants. | |

20          Plaintiffs DARREN HEATHERLY AND IRMA RAMIREZ (hereinafter "Plaintiffs") and

21   Defendants MARISCO'S LA JAIBA (hereinafter "Marisco's"); XU TRUONG and ANH HOANG

22   (erroneously sued herein as AHN HOANG), TRUSTEES OF THE TRUONG/HOANG FAMILY

23   TRUST, U.D.T. dated March 18, 1997 (hereinafter "Defendant Truong"); and MIGUEL PELAYO

24   MONTIEL, an individual dba MARISCO'S LA JAIBA (hereinafter "Montiel"), by and through their

25   respective counsel, respectfully request to make the following stipulation:

26          1.      WHEREAS, all Defendants have been served with the Summons and Complaint; and

27          2.      WHEREAS, Defendants Marisco's and Montiel have filed an Answer to the

28   Complaint; and

1

STIP. EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT AND
EXTENDING DATES IN SCHEDULING ORDER; AND [PROPOSED] ORDER THEREON - CV 11-1069 MEJ

1    3.     WHEREAS, pursuant to a prior Stipulation of the parties, the Court on June 6, 2011

2    entered an Order extending for 30 days the dates in the Scheduling Order.  The Court's June 6, 2011

3    Order extended the dates in the Scheduling Order as follows:

4        Defendant Truong's response to the Complaint due July 7, 2011.

5        Parties to complete Initial Disclosures by July 8, 2011.

6        Parties to hold a joint inspection of the premises by July 15, 2011.

7        Parties to meet and confer in person to discuss settlement by July 25, 2011.

8        Plaintiff's file "Notice of Need for Mediation" by August 29, 2011.

9    4.     WHEREAS, on July 5, 2011, Defendant Truong made a written settlement offer to

10    Plaintiffs.  Plaintiffs are currently considering Defendant Troung's settlement offer.

11    5.     WHEREAS, the parties are actively attempting to negotiate a settlement in the above-

12    referenced case, and wish to reduce fees, costs and litigation expenses in doing so.

13    6.     WHEREAS, the parties believe it would be in the interests of efficiency and economy

14    to extend the time for Defendant Truong to respond to Plaintiff's Complaint and to further extend for

15    one week the dates in the June 6, 2011 Order.

16    IT IS STIPULATED that:

17    1.     Defendant Truong will have up to and including July 14, 2011 to respond to the

18    Complaint;

19    2.     The parties will complete initial disclosures by July 15, 2011;

20    3.     The parties will hold a joint inspection of the premises by July 22, 2011;

21    4.     The last day for the parties to meet and confer in person to discuss settlement is

22    August 1, 2011;

23    5.     The last day for Plaintiffs to file "Notice of Need for Mediation" is September 6, 2011

24    (because September 5, 2011 is a Court holiday).

25    DATED:  July 7, 2011           THOMAS E. FRANKOVICH,
A Professional Law Corporation

26                                 Attorneys for Plaintiffs

27                               DAREN HEATHERLY and IRMA RAMIREZ

28                               By:          /s/ *Thomas E. Frankovich*
                                   Thomas E. Frankovich

2

1    DATED:  July 7, 2011                    AARON & WILSON, LLP
                                             Attorneys for Defendants
2                                            MARISCO'S LA JAIBA; MIGUEL PELAYO
                                             MONTIEL, an individual dba MARISCO'S LA
3                                            JAIBA

4                                            By:  _____/s/ *Robert S. Aaron*_____
                                                       Robert S. Aaron
5

6    DATED:  July 7, 2011                    HATCHER & RUNDEL
                                             Attorneys for Defendants
7                                            MARISCO'S LA JAIBA; MIGUEL PELAYO
                                             MONTIEL, an individual dba MARISCO'S LA
8                                            JAIBA

9                                            By:  _____/s/ *William W. Hatcher, Jr.*_____
                                                       William W. Hatcher, Jr.
10

11   DATED:  July 7, 2011                    SPAULDING McCULLOUGH & TANSIL LLP
                                             Attorneys for Defendants
12                                           XU TRUONG and ANH HOANG, Trustees of the
                                             TRUONG/HOANG FAMILY TRUST, U.D.T. dated
13                                           March 18, 1997 (erroneously sued herein as AHN
                                             HOANG)
14
                                             By:  _____/s/ *Mary P. Derner*_____
15                                                     Mary P. Derner

16

17

18                                  **<u>ORDER</u>**

19         IT IS SO ORDERED that Defendant Truong will have up to and including July 14, 2011 to

20   respond to the Complaint.

21         IT IS FURTHER ORDERED that the parties will complete initial disclosures by July 15,

22   2011;

23         IT IS FURTHER ORDERED that the parties will hold a joint inspection of the premises by

24   July 22, 2011.

25         IT IS FURTHER ORDERED that the last day for the parties to meet and confer in person to

26   discuss settlement is August 1, 2011;

27

28

**STIP. EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT AND
EXTENDING DATES IN SCHEDULING ORDER; AND [PROPOSED] ORDER THEREON - CV 11-1069 MEJ**

1        IT IS FURTHER ORDERED that the last day for Plaintiffs to file "Notice of Need for

2   Mediation" is September 6, 2011.

3   Dated:  ___July 11_____, 2011        _____

4                                              THE HONORABLE MARIA-ELENA JAMES
                                               United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

**STIP. EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT AND
EXTENDING DATES IN SCHEDULING ORDER; AND [PROPOSED] ORDER THEREON - CV 11-1069 MEJ**