1 | THOMAS E. FRANKOVICH (State Bar No. 074414)
  | THOMAS E. FRANKOVICH,
2 | A Professional Law Corporation
  | 4328 Redwood Hwy., Suite 300
3 | San Rafael, CA 94903
  | Telephone:    415/674-8600
4 | Facsimile:    415/674-9900

5 | Attorneys for Plaintiffs
  | DAREN HEATHERLY and IRMA RAMIREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAREN HEATHERLY and IRMA RAMIREZ,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MARISCO'S LA JAIBA; XU TRUONG and AHN HOANG, TRUSTEES OF THE TRUONG/HOANG FAMILY TRUST, U.D.T. dated March 18, 1997; and MIGUEL PELAYO MONTIEL, an individual dba MARISCO'S LA JAIBA,<br><br>　　　　　Defendants. | Case No.:  CV 11-1069 MEJ<br><br>Unlimited Civil Matter<br><br>**THIRD STIPULATION EXTENDING TIME FOR DEFENDANT XU TRUONG and ANH HOANG, TRUSTEES OF THE TRUONG/HOANG FAMILY TRUST TO RESPOND TO PLAINTIFFS' COMPLAINT AND EXTENDING DATES IN SCHEDULING ORDER; AND [PROPOSED] ORDER THEREON** |

　　　　Plaintiffs DARREN HEATHERLY AND IRMA RAMIREZ (hereinafter "Plaintiffs") and Defendants MARISCO'S LA JAIBA (hereinafter "Marisco's"); XU TRUONG and ANH HOANG (erroneously sued herein as AHN HOANG), TRUSTEES OF THE TRUONG/HOANG FAMILY TRUST, U.D.T. dated March 18, 1997 (hereinafter "Defendant Truong"); and MIGUEL PELAYO MONTIEL, an individual dba MARISCO'S LA JAIBA (hereinafter "Montiel"), by and through their respective counsel, respectfully request to make the following stipulation:

　　　　1.　　WHEREAS, all Defendants have been served with the Summons and Complaint; and

　　　　2.　　WHEREAS, Defendants Marisco's and Montiel have filed an Answer to the Complaint; and

1

**THIRD STIP. EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT AND EXTENDING DATES IN SCHEDULING ORDER; AND [PROPOSED] ORDER THEREON - CV 11-1069 MEJ**

3.      WHEREAS, the Court has entered two prior Orders extending the dates in the Scheduling Order based on Stipulations agreed to by the parties.

4.      WHEREAS, the Court's July 11, 2011 Order extended the dates in the Scheduling Order as follows:

Defendant Truong's response to the Complaint due July 14, 2011.

Parties to complete Initial Disclosures by July 15, 2011.

Parties to hold a joint inspection of the premises by July 22, 2011.

Parties to meet and confer in person to discuss settlement by August 1, 2011.

Plaintiff's file "Notice of Need for Mediation" by September 6, 2011.

5.      WHEREAS, on July 5, 2011, Defendant Truong made a written settlement offer to Plaintiffs.  Plaintiffs are presently considering Defendant Troung's settlement offer.

6.      WHEREAS, Defendant Truong and Plaintiffs continue to actively attempt to negotiate a settlement in the above-referenced case, and wish to reduce fees, costs and litigation expenses in doing so.

7.      WHEREAS, the parties believe it would be in the interests of efficiency and economy to extend the time for Defendant Truong to respond to Plaintiff's Complaint and to further extend for two weeks the dates in the July 11, 2011 Order.

IT IS STIPULATED that:

1.      Defendant Truong will have up to and including July 28, 2011 to respond to the Complaint;

2.      The parties will complete initial disclosures by July 29, 2011;

3.      The parties will hold a joint inspection of the premises by August 5, 2011;

4.      The last day for the parties to meet and confer in person to discuss settlement is August 15, 2011;

2

**THIRD STIP. EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT AND EXTENDING DATES IN SCHEDULING ORDER; AND [PROPOSED] ORDER THEREON - CV 11-1069 MEJ**

5. The last day for Plaintiffs to file "Notice of Need for Mediation" is September 20, 2011.

| | |
|---|---|
| DATED: July 13, 2011 | THOMAS E. FRANKOVICH,<br>A Professional Law Corporation<br>Attorneys for Plaintiffs<br>DAREN HEATHERLY and IRMA RAMIREZ |
| | By: /s/ *Thomas E. Frankovich*<br>       Thomas E. Frankovich |
| DATED: July 13, 2011 | AARON & WILSON, LLP<br>Attorneys for Defendants<br>MARISCO'S LA JAIBA; MIGUEL PELAYO MONTIEL, an individual dba MARISCO'S LA JAIBA |
| | By: /s/ *Robert S. Aaron*<br>       Robert S. Aaron |
| DATED: July 13, 2011 | HATCHER & RUNDEL<br>Attorneys for Defendants<br>MARISCO'S LA JAIBA; MIGUEL PELAYO MONTIEL, an individual dba MARISCO'S LA JAIBA |
| | By: /s/ *William W. Hatcher, Jr.*<br>       William W. Hatcher, Jr. |
| DATED: July 13, 2011 | SPAULDING McCULLOUGH & TANSIL LLP<br>Attorneys for Defendants<br>XU TRUONG and ANH HOANG, Trustees of the TRUONG/HOANG FAMILY TRUST, U.D.T. dated March 18, 1997 (erroneously sued herein as AHN HOANG) |
| | By: /s/ *Mary P. Derner*<br>       Mary P. Derner |

## **ORDER**

IT IS SO ORDERED that Defendant Truong will have up to and including July 28, 2011 to respond to the Complaint.

IT IS FURTHER ORDERED that the parties will complete initial disclosures by July 29, 2011;

3

**THIRD STIP. EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT AND EXTENDING DATES IN SCHEDULING ORDER; AND [PROPOSED] ORDER THEREON - CV 11-1069 MEJ**

1    IT IS FURTHER ORDERED that the parties will hold a joint inspection of the premises by
2  August 5, 2011.
3    IT IS FURTHER ORDERED that the last day for the parties to meet and confer in person to
4  discuss settlement is August 15, 2011;
5    IT IS FURTHER ORDERED that the last day for Plaintiffs to file "Notice of Need for
6  Mediation" is September 20, 2011.

8  Dated: ___July 15___, 2011      _____
                                    THE HONORABLE MARIA-ELENA JAMES
9                                   United States Magistrate Judge

4

**THIRD STIP. EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT AND EXTENDING DATES IN SCHEDULING ORDER; AND [PROPOSED] ORDER THEREON - CV 11-1069 MEJ**