1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  A Professional Law Corporation
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiffs
   DAREN HEATHERLY and IRMA RAMIREZ
6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

11

12  DAREN HEATHERLY and IRMA RAMIREZ,         Case No.:  CV 11-1069 MEJ

13              Plaintiffs,                    Unlimited Civil Matter

14       v.                                    **FOURTH STIPULATION EXTENDING TIME FOR DEFENDANT XU TRUONG**
15  MARISCO'S LA JAIBA; XU TRUONG and          **and ANH HOANG, TRUSTEES OF THE**
    AHN HOANG, TRUSTEES OF THE                 **TRUONG/HOANG FAMILY TRUST TO**
16  TRUONG/HOANG FAMILY TRUST, U.D.T.          **RESPOND TO PLAINTIFFS'**
    dated March 18, 1997; and MIGUEL PELAYO    **COMPLAINT AND EXTENDING DATES**
17  MONTIEL, an individual dba MARISCO'S LA    **IN SCHEDULING ORDER; AND**
    JAIBA,                                     **[PROPOSED] ORDER THEREON**
18
                Defendants.
19

20       Plaintiffs DARREN HEATHERLY AND IRMA RAMIREZ (hereinafter "Plaintiffs") and

21  Defendants MARISCO'S LA JAIBA (hereinafter "Marisco's"); XU TRUONG and ANH HOANG

22  (erroneously sued herein as AHN HOANG), TRUSTEES OF THE TRUONG/HOANG FAMILY

23  TRUST, U.D.T. dated March 18, 1997 (hereinafter "Defendant Truong"); and MIGUEL PELAYO

24  MONTIEL, an individual dba MARISCO'S LA JAIBA (hereinafter "Montiel"), by and through their

25  respective counsel, respectfully request to make the following stipulation:

26       1.   WHEREAS, all Defendants have been served with the Summons and Complaint; and

27       2.   WHEREAS, Defendants Marisco's and Montiel have filed an Answer to the

28  Complaint; and

1

**FOURTH STIP. EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT AND
EXTENDING DATES IN SCHEDULING ORDER; AND [PROPOSED] ORDER THEREON - CV 11-1069 MEJ**

3.     WHEREAS, the Court has entered three prior Orders extending the dates in the Scheduling Order based on Stipulations agreed to by the parties.

4.     WHEREAS, the Court's July 15, 2011 Order extended the dates in the Scheduling Order as follows:

    Defendant Truong's response to the Complaint due July 28, 2011.

    Parties to complete Initial Disclosures by July 29, 2011.

    Parties to hold a joint inspection of the premises by August 5, 2011.

    Parties to meet and confer in person to discuss settlement by August 15, 2011.

    Plaintiff's file "Notice of Need for Mediation" by September 20, 2011.

5.     WHEREAS, on July 5, 2011, Defendant Truong made a written settlement offer to Plaintiffs.

6.     WHEREAS, on July 20, 2011, Plaintiffs made a written counteroffer for settlement to Defendant Truong.

7.     WHEREAS, Defendant Truong and Plaintiffs continue to actively attempt to negotiate a settlement in the above-referenced case, and wish to reduce fees, costs and litigation expenses in doing so.

8.     WHEREAS, the parties believe it would be in the interests of efficiency and economy to extend the time for Defendant Truong to respond to Plaintiff's Complaint and to further extend for two weeks the dates in the July 15, 2011 Order.

IT IS STIPULATED that:

1.     Defendant Truong will have up to and including August 11, 2011 to respond to the Complaint;

2.     The parties will complete initial disclosures by August 12, 2011;

3.     The parties will hold a joint inspection of the premises by August 19, 2011;

4.     The last day for the parties to meet and confer in person to discuss settlement is August 29, 2011;

2

**FOURTH STIP. EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT AND EXTENDING DATES IN SCHEDULING ORDER; AND [PROPOSED] ORDER THEREON - CV 11-1069 MEJ**

1       5.      The last day for Plaintiffs to file "Notice of Need for Mediation" is October 4, 2011.

DATED:  July 27, 2011                   THOMAS E. FRANKOVICH,
                                        A Professional Law Corporation
                                        Attorneys for Plaintiffs
                                        DAREN HEATHERLY and IRMA RAMIREZ

                                        By:     /s/ *Thomas E. Frankovich*
                                                Thomas E. Frankovich

DATED:  July 27, 2011                   AARON & WILSON, LLP
                                        Attorneys for Defendants
                                        MARISCO'S LA JAIBA; MIGUEL PELAYO
                                        MONTIEL, an individual dba MARISCO'S LA
                                        JAIBA

                                        By:     /s/ *Robert S. Aaron*
                                                Robert S. Aaron

DATED:  July 27, 2011                   HATCHER & RUNDEL
                                        Attorneys for Defendants
                                        MARISCO'S LA JAIBA; MIGUEL PELAYO
                                        MONTIEL, an individual dba MARISCO'S LA
                                        JAIBA

                                        By:     /s/ *William W. Hatcher, Jr.*
                                                William W. Hatcher, Jr.

DATED:  July 27, 2011                   SPAULDING McCULLOUGH & TANSIL LLP
                                        Attorneys for Defendants
                                        XU TRUONG and ANH HOANG, Trustees of the
                                        TRUONG/HOANG FAMILY TRUST, U.D.T. dated
                                        March 18, 1997 (erroneously sued herein as AHN
                                        HOANG)

                                        By:     /s/ *Mary P. Derner*
                                                Mary P. Derner


## **ORDER**

IT IS SO ORDERED that Defendant Truong will have up to and including August 11, 2011 to respond to the Complaint.

IT IS FURTHER ORDERED that the parties will complete initial disclosures by August 12, 2011;

3

**FOURTH STIP. EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT AND EXTENDING DATES IN SCHEDULING ORDER; AND [PROPOSED] ORDER THEREON - CV 11-1069 MEJ**

1    IT IS FURTHER ORDERED that the parties will hold a joint inspection of the premises by August 19, 2011.

IT IS FURTHER ORDERED that the last day for the parties to meet and confer in person to discuss settlement is August 29, 2011;

IT IS FURTHER ORDERED that the last day for Plaintiffs to file "Notice of Need for Mediation" is October 4, 2011.

Dated: July 29, 2011

_____
THE HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge

4

**FOURTH STIP. EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT AND EXTENDING DATES IN SCHEDULING ORDER; AND [PROPOSED] ORDER THEREON - CV 11-1069 MEJ**