THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
A Professional Law Corporation
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:    415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiffs
DAREN HEATHERLY and IRMA RAMIREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAREN HEATHERLY and IRMA RAMIREZ, <br><br> Plaintiffs, <br><br> v. <br><br> MARISCO'S LA JAIBA; XU TRUONG and AHN HOANG, TRUSTEES OF THE TRUONG/HOANG FAMILY TRUST, U.D.T. dated March 18, 1997; and MIGUEL PELAYO MONTIEL, an individual dba MARISCO'S LA JAIBA, <br><br> Defendants. | Case No.:  CV 11-1069 MEJ <br><br> Unlimited Civil Matter <br><br> **FIFTH STIPULATION EXTENDING TIME FOR DEFENDANT XU TRUONG and ANH HOANG, TRUSTEES OF THE TRUONG/HOANG FAMILY TRUST TO RESPOND TO PLAINTIFFS' COMPLAINT AND EXTENDING DATES IN SCHEDULING ORDER; AND [PROPOSED] ORDER THEREON** |

Plaintiffs DARREN HEATHERLY AND IRMA RAMIREZ (hereinafter "Plaintiffs") and Defendants MARISCO'S LA JAIBA (hereinafter "Marisco's"); XU TRUONG and ANH HOANG (erroneously sued herein as AHN HOANG), TRUSTEES OF THE TRUONG/HOANG FAMILY TRUST, U.D.T. dated March 18, 1997 (hereinafter "Defendant Truong"); and MIGUEL PELAYO MONTIEL, an individual dba MARISCO'S LA JAIBA (hereinafter "Montiel"), by and through their respective counsel, respectfully request to make the following stipulation:

1.   WHEREAS, all Defendants have been served with the Summons and Complaint; and

2.   WHEREAS, Defendants Marisco's and Montiel have filed an Answer to the Complaint; and

1

3.      WHEREAS, the Court has entered four prior Orders extending the dates in the Scheduling Order based on Stipulations agreed to by the parties.

4.      WHEREAS, the Court's most recent order of July 29, 2011 extended the date in the Scheduling Order as follows:

Defendant Truong's response to the Complaint due August 11, 2011.

Parties to complete Initial Disclosures by August 12, 2011.

Parties to hold a joint inspection of the premises by August 19, 2011

Parties to meet and confer in person to discuss settlement by August 29, 2011.

Parties to file "Notice of Need for Mediation" by October 4, 2011.

5.      WHEREAS, on July 5, 2011, Defendant Truong made a written settlement offer to Plaintiffs.

6.      WHEREAS, on July 20, 2011, Plaintiffs made a written counteroffer for settlement to Defendant Truong.

7.      WHEREAS, on July 26, 2011, Defendant Truong replied with another offer of settlement.

8.      WHEREAS, Defendant Truong and Plaintiffs continue to actively attempt to negotiate a settlement in the above-referenced case, and wish to reduce fees, costs and litigation expenses in doing so.

9.      WHEREAS, the parties believe it would be in the interests of efficiency and economy to extend the time for Defendant Truong to respond to Plaintiff's Complaint and to further extend for 30 days or until the next business day if the date falls on a Saturday, Sunday or Court holiday, the dates in the July 29, 2011 Order.

IT IS STIPULATED that:

1.      Defendant Truong will have up to and including September 12, 2011 to respond to the Complaint;

2.      The parties will complete initial disclosures by September 12, 2011;

3.      The parties will hold a joint inspection of the premises by September 19, 2011;

2

FIFTH STIP. EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT AND EXTENDING DATES IN SCHEDULING ORDER; AND [PROPOSED] ORDER THEREON - CV 11-1069 MEJ

1    4.   The last day for the parties to meet and confer in person to discuss settlement is
2 September 29, 2011;
3    5.   The last day for Plaintiffs to file "Notice of Need for Mediation" is November 4, 2011.

DATED: August 11, 2011          THOMAS E. FRANKOVICH,
                                A Professional Law Corporation
                                Attorneys for Plaintiffs
                                DAREN HEATHERLY and IRMA RAMIREZ

                                By:   _____/s/ Thomas E. Frankovich_____
                                        Thomas E. Frankovich

DATED: August 11, 2011          AARON & WILSON, LLP
                                Attorneys for Defendants
                                MARISCO'S LA JAIBA; MIGUEL PELAYO
                                MONTIEL, an individual dba MARISCO'S LA
                                JAIBA

                                By:   _____/s/ Robert S. Aaron_____
                                        Robert S. Aaron

DATED: August 11, 2011          HATCHER & RUNDEL
                                Attorneys for Defendants
                                MARISCO'S LA JAIBA; MIGUEL PELAYO
                                MONTIEL, an individual dba MARISCO'S LA
                                JAIBA

                                By:   _____/s/ William W. Hatcher, Jr._____
                                        William W. Hatcher, Jr.

DATED: August 11, 2011          SPAULDING McCULLOUGH & TANSIL LLP
                                Attorneys for Defendants
                                XU TRUONG and ANH HOANG, Trustees of the
                                TRUONG/HOANG FAMILY TRUST, U.D.T. dated
                                March 18, 1997 (erroneously sued herein as AHN
                                HOANG)

                                By:   _____/s/ Mary P. Derner_____
                                        Mary P. Derner

### ORDER

IT IS SO ORDERED that Defendant Truong will have up to and including September 12, 2011 to respond to the Complaint.

3

**FIFTH STIP. EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT AND EXTENDING DATES IN SCHEDULING ORDER; AND [PROPOSED] ORDER THEREON - CV 11-1069 MEJ**

1   IT IS FURTHER ORDERED that the parties will complete initial disclosures by
2   September 12, 2011;
3   IT IS FURTHER ORDERED that the parties will hold a joint inspection of the premises by
4   September 19, 2011.
5   IT IS FURTHER ORDERED that the last day for the parties to meet and confer in person to
6   discuss settlement is September 29, 2011;
7   IT IS FURTHER ORDERED that the last day for Plaintiffs to file "Notice of Need for
8   Mediation" is November 4, 2011.

Dated: _____August 11_____, 2011

_____
THE HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge

4

**FIFTH STIP. EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT AND EXTENDING DATES IN SCHEDULING ORDER; AND [PROPOSED] ORDER THEREON - CV 11-1069 MEJ**