```
1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  A Professional Law Corporation
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900

5  Attorneys for Plaintiffs
   DAREN HEATHERLY and IRMA RAMIREZ
6
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| DAREN HEATHERLY and IRMA RAMIREZ, | Case No.:  CV 11-1069 MEJ |
|---|---|
| Plaintiffs, | Unlimited Civil Matter |
| v. | **SIXTH STIPULATION EXTENDING TIME FOR DEFENDANT XU TRUONG and ANH HOANG, TRUSTEES OF THE TRUONG/HOANG FAMILY TRUST TO RESPOND TO PLAINTIFFS' COMPLAINT AND EXTENDING DATES IN SCHEDULING ORDER; AND [PROPOSED] ORDER THEREON** |
| MARISCO'S LA JAIBA; XU TRUONG and AHN HOANG, TRUSTEES OF THE TRUONG/HOANG FAMILY TRUST, U.D.T. dated March 18, 1997; and MIGUEL PELAYO MONTIEL, an individual dba MARISCO'S LA JAIBA, | |
| Defendants. | |

Plaintiffs DARREN HEATHERLY AND IRMA RAMIREZ (hereinafter "Plaintiffs") and Defendants MARISCO'S LA JAIBA (hereinafter "Marisco's"); XU TRUONG and ANH HOANG (erroneously sued herein as AHN HOANG), TRUSTEES OF THE TRUONG/HOANG FAMILY TRUST, U.D.T. dated March 18, 1997 (hereinafter "Defendant Truong"); and MIGUEL PELAYO MONTIEL, an individual dba MARISCO'S LA JAIBA (hereinafter "Montiel"), by and through their respective counsel, respectfully request to make the following stipulation:

1.  WHEREAS, all Defendants have been served with the Summons and Complaint; and

2.  WHEREAS, Defendants Marisco's and Montiel have filed an Answer to the Complaint; and

1

**SIXTH STIP. EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT AND EXTENDING DATES IN SCHEDULING ORDER; AND [PROPOSED] ORDER THEREON - CV 11-1069 MEJ**

1    3.    WHEREAS, the Court has entered five prior Orders extending the dates in the
2  Scheduling Order based on Stipulations agreed to by the parties.
3    4.    WHEREAS, the Court's most recent order of August 11, 2011 extended the date in the
4  Scheduling Order as follows:
5       Defendant Truong's response to the Complaint due September 12, 2011.
6       Parties to complete Initial Disclosures by September 12, 2011.
7       Parties to hold a joint inspection of the premises by September 19, 2011
8       Parties to meet and confer in person to discuss settlement by September 29, 2011.
9       Parties to file "Notice of Need for Mediation" by November 4, 2011.
10    5.    WHEREAS, on July 5, 2011, Defendant Truong made a written settlement offer to
11  Plaintiffs.
12    6.    WHEREAS, on July 20, 2011, Plaintiffs made a written counteroffer for settlement to
13  Defendant Truong.
14    7.    WHEREAS, on July 26, 2011, Defendant Truong replied with another offer of
15  settlement.
16    8.    WHEREAS, on August 29, 2011, Plaintiffs mad e a written counteroffer for settlement
17  to Defendant Truong.
18    9.    WHEREAS, during the week of September 5, 2011, counsel for Defendant Truong
19  attempted to speak with Plaintiff's counsel to discuss settlement.  Having been unable to speak
20  directly with Plaintiff's counsel, on September 12, 2011, counsel for Defendant Truong faxed to
21  Plaintiff's counsel a letter making a further settlement offer.  Plaintiff's counsel was in mediation and
22  unable to respond.
23    10.    WHEREAS, Defendant Truong and Plaintiffs continue to actively attempt to negotiate
24  a settlement in the above-referenced case, and wish to reduce fees, costs and litigation expenses in
25  doing so.
26    11.    WHEREAS, the parties believe it would be in the interests of efficiency and economy
27  to extend the time for Defendant Truong to respond to Plaintiff's Complaint and to further extend for
28

14 days or until the next business day if the date falls on a Saturday, Sunday or Court holiday, the dates in the August 11, 2011 Order.

IT IS STIPULATED that:

1. Defendant Truong will have up to and including September 26, 2011 to respond to the Complaint;

2. The parties will complete initial disclosures by September 26, 2011;

3. The parties will hold a joint inspection of the premises by October 3, 2011;

4. The last day for the parties to meet and confer in person to discuss settlement is October 13, 2011;

5. The last day for Plaintiffs to file "Notice of Need for Mediation" is November 18, 2011.

DATED: September 12, 2011     THOMAS E. FRANKOVICH,
                              A Professional Law Corporation
                              Attorneys for Plaintiffs
                              DAREN HEATHERLY and IRMA RAMIREZ

                              By:    /s/ *Thomas E. Frankovich*
                                     Thomas E. Frankovich

DATED: September 12, 2011     AARON & WILSON, LLP
                              Attorneys for Defendants
                              MARISCO'S LA JAIBA; MIGUEL PELAYO
                              MONTIEL, an individual dba MARISCO'S LA
                              JAIBA

                              By:    /s/ *Robert S. Aaron*
                                     Robert S. Aaron

DATED: September 12, 2011     HATCHER & RUNDEL
                              Attorneys for Defendants
                              MARISCO'S LA JAIBA; MIGUEL PELAYO
                              MONTIEL, an individual dba MARISCO'S LA
                              JAIBA

                              By:    /s/ *William W. Hatcher, Jr.*
                                     William W. Hatcher, Jr.

**SIXTH STIP. EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT AND EXTENDING DATES IN SCHEDULING ORDER; AND [PROPOSED] ORDER THEREON - CV 11-1069 MEJ**

| | |
|---|---|
| DATED: September 12, 2011 | SPAULDING McCULLOUGH & TANSIL LLP<br>Attorneys for Defendants<br>XU TRUONG and ANH HOANG, Trustees of the TRUONG/HOANG FAMILY TRUST, U.D.T. dated March 18, 1997 (erroneously sued herein as AHN HOANG) |
| | By:    /s/ *Mary P. Derner*<br>      Mary P. Derner |

## **ORDER**

IT IS SO ORDERED that Defendant Truong will have up to and including September 26, 2011 to respond to the Complaint.

IT IS FURTHER ORDERED that the parties will complete initial disclosures by September 26, 2011;

IT IS FURTHER ORDERED that the parties will hold a joint inspection of the premises by October 3, 2011.

IT IS FURTHER ORDERED that the last day for the parties to meet and confer in person to discuss settlement is October 13, 2011;

IT IS FURTHER ORDERED that the last day for Plaintiffs to file "Notice of Need for Mediation" is November 18, 2011.

Dated: September 14, 2011

_____
THE HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge

4

SIXTH STIP. EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT AND EXTENDING DATES IN SCHEDULING ORDER; AND [PROPOSED] ORDER THEREON - CV 11-1069 MEJ