| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar #074414) |
| 2 | THOMAS E. FRANKOVICH<br>*A PROFESSIONAL LAW CORPORATION* |
| 3 | 4328 Redwood Hwy, Suite 300<br>San Rafael, CA   94903 |
|   | Telephone:    415/674-8600 |
| 4 | Facsimile:     415/674-9900 |
| 5 | Attorneys for Plaintiffs' |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAREN HEATHERLY; and IRMA RAMIREZ, | ) ) ) | **CASE NO. CV-11-1069-MEJ** |
| Plaintiffs, | ) ) | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |
| v. | ) ) | |
| MARISCO'S LA JAIBA; XU TRUONG and AHN HOANG, TRUSTEES OF THE TRUONG/HOANG FAMILY TRUST, U.D.T. dated March 18, 1997; and MIGUEL PELAYO MONTIEL, an individual dba MARISCO'S LA JAIBA, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511

1  U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of
2  settlement agreements).
3      Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
4  their designated counsel that the above-captioned action be and hereby is dismissed with
5  prejudice
6   pursuant to Federal Rules of Civil Procedure section 41(a)(1).
7      This stipulation may be executed in counterparts, all of which together shall constitute
8  one original document.

10 Dated: October 9, 2011          THOMAS E. FRANKOVICH
                                         *A PROFESSIONAL LAW CORPORATION*

12                                      By: */s/ Thomas E. Frankovich*
                                           Thomas E. Frankovich
13                                    Attorney for DAREN HEATHERLY; and IRMA
                                   RAMIREZ, each an individual

17 Dated: _____, 2011          Brian J. Purtill, Esq.

19                                    By: _____
20                                       Brian J. Purtill, Esq.
                                   Attorneys for XU TRUONG and AHN HOANG,
21                                    TRUSTEES OF THE TRUONG/HOANG FAMILY
                                   TRUST, U.D.T. dated March 18, 1997

1  U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of
2  settlement agreements).
3      Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
4  their designated counsel that the above-captioned action be and hereby is dismissed with
5  prejudice
6   pursuant to Federal Rules of Civil Procedure section 41(a)(1).
7      This stipulation may be executed in counterparts, all of which together shall constitute
8  one original document.

Dated: _____, 2011         THOMAS E. FRANKOVICH
                                   *A PROFESSIONAL LAW CORPORATION*

                                   By:_____
                                       Thomas E. Frankovich
                                   Attorney for DAREN HEATHERLY; and IRMA
                                   RAMIREZ, each an individual

Dated: Nov 1, 2011                 Brian J. Purtill, Esq.

                                   By: /s/ Brian Purtill
                                       Brian J. Purtill, Esq.
                                   Attorneys for XU TRUONG and AHN HOANG,
                                   TRUSTEES OF THE TRUONG/HOANG FAMILY
                                   TRUST, U.D.T. dated March 18, 1997

Dated: 11/9/11, 2011

Robert S. Aaron, Esq.

By: _____
Robert S. Aaron, Esq.
Attorneys for MIGUEL PELAYO MONTIEL, an individual dba MARISCO'S LA JAIBA,

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

Dated: November 10, 2011

_____
Honorable Judge Maria-Elana James
UNITED STATES DISTRICT JUDGE