1 THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
2 *A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
3 San Rafael, CA   94903
Telephone:     415/674-8600
4 Facsimile:     415/674-9900

5 Attorneys for Plaintiffs'

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY; and IRMA RAMIREZ,<br><br>            Plaintiffs,<br><br>v.<br><br>MARISCO'S LA JAIBA; XU TRUONG and AHN HOANG, TRUSTEES OF THE TRUONG/HOANG FAMILY TRUST, U.D.T. dated March 18, 1997; and MIGUEL PELAYO MONTIEL, an individual dba MARISCO'S LA JAIBA,<br><br>            Defendants. | **CASE NO. CV-11-1069-MEJ**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON          CASE NO. CV-11-1069-MEJ

-2-

1  U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of
2  settlement agreements).
3     Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
4  their designated counsel that the above-captioned action be and hereby is dismissed with
5  prejudice
6   pursuant to Federal Rules of Civil Procedure section 41(a)(1).
7     This stipulation may be executed in counterparts, all of which together shall constitute
8  one original document.

10 Dated: October 9, 2011       THOMAS E. FRANKOVICH
                                *A PROFESSIONAL LAW CORPORATION*

12                              By: */s/ Thomas E. Frankovich*
                                       Thomas E. Frankovich
13                              Attorney for DAREN HEATHERLY; and IRMA
                                RAMIREZ, each an individual

17 Dated: _____, 2011   Brian J. Purtill, Esq.

19                              By: _____
                                       Brian J. Purtill, Esq.
20                              Attorneys for XU TRUONG and AHN HOANG,
                                TRUSTEES OF THE TRUONG/HOANG FAMILY
21                              TRUST, U.D.T. dated March 18, 1997

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON        CASE NO. CV-11-1069-MEJ

-2-

U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: _____, 2011

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By:_____
Thomas E. Frankovich
Attorney for DAREN HEATHERLY; and IRMA RAMIREZ, each an individual

Dated: Nov 1, 2011

Brian J. Purtill, Esq.

By: /s/ Brian Purtill
Brian J. Purtill, Esq.
Attorneys for XU TRUONG and AHN HOANG, TRUSTEES OF THE TRUONG/HOANG FAMILY TRUST, U.D.T. dated March 18, 1997

Dated: 11/9/11, 2011

By: _____
Robert S. Aaron, Esq.
Attorneys for MIGUEL PELAYO MONTIEL, an individual dba MARISCO'S LA JAIBA,

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

Dated: November 10, 2011

_____
Honorable Judge Maria-Elana James
UNITED STATES DISTRICT JUDGE